McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

Case 2:19-cr-00223-TLN   Document 1   Filed 12/12/19   Page 1 of 5

SEALED   FILED
DEC 1 2 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL CONNELLY, <br><br> Defendant. | CASE NO. 2:19-CR-223-TLN <br><br> 18 U.S.C. § 1040(a)(2) – Fraud in Connection with a Major Disaster or Emergency Benefits |

# INDICTMENT

The Grand Jury charges:

DANIEL CONNELLY,

defendant herein, as follows:

**INTRODUCTION**

At all times relevant to this indictment:

1. The Federal Emergency Management Agency, also known as FEMA, was an agency of the United States government within the Department of Homeland Security (DHS). FEMA's responsibilities included, among other things, providing disaster assistance to individuals in an area declared a major disaster by the President of the United States of America. The President could declare a major disaster for any natural event that the President determined had caused damage of such severity that it was beyond the combined capabilities of the state and local governments to respond.

2. On or about November 12, 2018, the President of the United States of America declared that a major disaster existed in California due to damage resulting from wildfires that began on November 8, 2018. FEMA designates major disasters by name and number. A major disaster declaration number is preceded by the letters "DR." The name of the disaster typically relates to the type and/or location of the disaster. FEMA designated the above identified disaster as: California Wildfires (DR-4407).

3. As a result of this presidential declaration, residents of Butte County who were affected by what has become known as the Camp fire became eligible to apply for disaster assistance from FEMA.

4. FEMA offered various types of disaster assistance to residents in the areas affected by the California wildfires, including through the Individuals and Households Program. The Individuals and Households Program provided financial assistance and direct services to eligible persons in the form of Housing Assistance and Other Needs Assistance. Housing Assistance and some forms of Other Needs Assistance, were available only to an otherwise qualified applicant whose pre-disaster primary residence incurred disaster-related damage.

## II. FRAUD IN CONNECTION WITH A MAJOR DISASTER

5. Defendant herein, on or about January 16, 2019, in the State and Eastern District of California, did knowingly make a materially false, fictitious, and fraudulent statement and representation, in a matter involving a benefit authorized, transported, transmitted, transferred, disbursed, and paid, in connection with a major disaster declared under the section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. § 5170) and where the benefit was a record, voucher, payment, money and thing of value of the United States and of a Department or Agency of the United States; and the benefit was transported in the mail at any point in the authorization, transmission, transfer, disbursement, and payment of that benefit; and the authorization, transportation, transmission, transfer disbursement, and payment of the benefit was in and affected interstate and foreign commerce; that is: the defendant knowingly made a false, fictitious, and fraudulent claim for FEMA assistance in connection with major disaster DR-4407, wherein defendant claimed that he rented a home at 1040 Pearson Road, Paradise, California, and that this home was his primary residence at the

1  time of the wildfire (DR-4407). Although defendant had previously rented and resided at 1040 Pearson
2  Road, in truth and in fact, at the time of DR-4407, 1040 Pearson Road was not the defendant's primary
3  residence, the defendant did not reside at this address, and the defendant was not renting 1040 Pearson
4  Road. As a result of defendant's claim, he received benefits including cash payments totaling
5  approximately $2,663. All in violation of Title 18, United States Code, Section 1040(a)(2).

A TRUE BILL.

/s/ **Signature on file w/AUSA**

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

INDICTMENT                    3

## United States v. Daniel Connelly
### Penalties for Indictment

### COUNT 1:

VIOLATION:   18 U.S.C. § 1040 (a)(2) - Fraud in Connection with a Major Disaster or Emergency Benefits

PENALTIES:   30 years in prison;
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

DANIEL CONNELLY

## I N D I C T M E N T

**VIOLATION(S):**  18 U.S.C. § 1040(a)(2) –
Fraud in Connection with a Major Disaster or Emergency Benefits

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* __12__ *day*

*of* __DECEMBER__, A.D. 20 __19__

_____
*Clerk.*

*Bail, $* _____

GPO 863 525    **NO BAIL WARRANT PENDING HEARING**