SEALED

FILED

DEC 1 2 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

1  MCGREGOR W. SCOTT
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:19-CR-223-TLN

12          Plaintiff,
                                          ORDER TO SEAL
13     v.
                                          (UNDER SEAL)
14 DANIEL CONNELLY,

15          Defendant.

16

17         The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney

18 Shelley D. Weger to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until

19 the arrest of the defendant or until further order of the Court.

20

21 Dated:    12/12/19                      _____
                                           Hon. Allison Claire
22                                         U.S. MAGISTRATE JUDGE

23

24

25

26

27

28

PETITION TO SEAL INDICTMENT AND              3
[PROPOSED] ORDER