IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case №: 2:19-cr-00223-TLN-1 |
|---|---|
| Plaintiff, | |
| vs. | **O R D E R**<br>**APPOINTING COUNSEL** |
| DANIEL CONNELLY, | |
| Defendant. | |

The court appointed the Federal Defender to represent the defendant on March 9, 2020. The Federal Defender has determined the case should go to the panel. CJA Panel attorney Robert M. Wilson is hereby appointed effective March 10, 2020, the date the Office of the Federal Defender contacted him.

Dated: March 11, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE