|||
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>November 19, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL CONNELLY,<br><br>　　　　　Defendant. | Case No. 2:19-CR-00223-01-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DANIEL CONNELLY</u>, Case No. <u>2:19-CR-00223-01-TLN</u> Charge <u>18 U.S.C. § 1040(a)(2)</u>, from custody for the following reasons:

　　　\_\_\_\_\_　Release on Personal Recognizance

　　　\_\_\_\_\_　Bail Posted in the Sum of $ _____

　　　　　　\_\_\_\_\_　Unsecured Appearance Bond $ _____

　　　　　　\_\_\_\_\_　Appearance Bond with 10% Deposit

　　　　　　\_\_\_\_\_　Appearance Bond with Surety

　　　　　　\_\_\_\_\_　Corporate Surety Bail Bond

　　　　X　(Other): <u>TIME SERVED.</u>

Issued at Sacramento, California on November 19, 2020.

By: _/s/ Troy L. Nunley_

District Judge Troy L. Nunley