UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 19, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL CONNELLY,<br><br>　　　　　Defendant. | Case No. 2:19-CR-00223-01-TLN<br><br>**AMENDED ORDER FOR RELEASE<br>OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release DANIEL CONNELLY, Case No. 2:19-CR-00223-01-TLN  Charge 18 U.S.C. § 1040(a)(2), from custody for the following reasons:

　　　____　Release on Personal Recognizance

　　　____　Bail Posted in the Sum of $ _____

　　　　　　____　Unsecured Appearance Bond $ _____

　　　　　　____　Appearance Bond with 10% Deposit

　　　　　　____　Appearance Bond with Surety

　　　　　　____　Corporate Surety Bail Bond

　　　　　　　　　(Other): Sentenced to Time Served, and shall be

　　　　　　  X　 released at 9:00 AM on Friday, November 20, 2020, to

　　　　　　____　the custody of the United States Probation Officer.

Issued at Sacramento, California on November 19, 2020.

By: _____

District Judge Troy L. Nunley